THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Christopher L. Pettit,       
Petitioner,
 
 
 

v.

 
 
 
State of South Carolina,        Respondent.
 
 
 

Appeal From Lexington County
James R. Barber, III, Circuit Court Judge

Memorandum Opinion No. 2005-MO-015
Submitted April 20, 2005  Filed May 9, 2005

DISMISSED AS IMPROVIDENTLY GRANTED

Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and  Assistant Attorney General Lakesha W. Jeffries, all of Columbia for Respondent.
Assistant Appellate Defender Tara S. Taggart, of Office of Appellate Defense, of Columbia, for Petitioner.
PER CURIAM:  We granted a writ of certiorari to review the denial of Post-Conviction Relief to Petitioner Christopher Pettit.  We now dismiss the writ as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.